UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

SF01007N (rev 06/2017)

In re:

**Nathan Thomas Able**,
**Jessica Lynn Able**,
　　　　　Debtors.

Case No. **23–91248–AKM–13**

## DEFICIENCY NOTICE FOR BANKRUPTCY PETITION

**NOTICE IS GIVEN** that your Bankruptcy Petition is incomplete. Required items which have not been filed as of this date are noted below:

- Debtor's Pay Advices or Statement in Lieu due January 11, 2024
- Joint Debtor's Pay Advices or Statement in Lieu due January 11, 2024

Documents filed with the Court must be the most recent official forms which can be found at www.uscourts.gov/forms/bankruptcy–forms.

**NOTICE IS FURTHER GIVEN** that unless these items are filed by the due date listed above, or an extension of time to file is properly applied for and granted, the above–captioned case may be dismissed immediately without further notice at the expiration of the due date or extended time period.

Dated: December 29, 2023　　　　　　　　Eric R. Kleis
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court