# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–4 | User: admin | Date Created: 12/29/2023 |
| Case: 23–91248–AKM–13 | Form ID: SF01007N | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     Dax Jameson Miller     dax@daxjmiller.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Nathan Thomas Able     4008 Melvyn Dr.     New Albany, IN 47150
jdb     Jessica Lynn Able      4008 Melvyn Dr.     New Albany, IN 47150

TOTAL: 2