UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:    NATHAN THOMAS ABLE
          JESSICA LYNN ABLE

DEBTOR(S)                                         CASE NO:  23-91248-AKM-13

## OBJECTION TO CONFIRMATION OF THE PLAN

Comes now the Chapter 13 Trustee, Joseph M. Black, Jr., ("Trustee") and objects to the Plan filed by the Debtor(s) for the following reason(s):

1. The Plan fails to provide for the pre-petition arrearage included in the mortgage claim filed by Pennymac Loan Services, LLC.
2. The Plan fails to provide for the secured claim filed by the U.S. Department of Housing and Urban Development.

WHEREFORE, the Trustee requests the Court deny confirmation of the Plan.

Dated: April 2, 2024                              Respectfully Submitted,

                                                  /s/ *Joseph M. Black, Jr.*
                                                  Joseph M. Black, Jr.
                                                  Chapter 13 Standing Trustee
                                                  PO Box 846
                                                  Seymour, IN  47274
                                                  Phone:  (812) 524-7211
                                                  Fax:    (812) 523-8838
                                                  Email:  jblacktrustee@trustee13.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Dax Jameson Miller          dax@daxjmiller.com
Phillip A. Norman           ecf-in@normanattorney.com
U.S. TRUSTEE                ustpregion10.in.ecf@usdoj.gov

I further certify that on April 2, 2024, a copy of the foregoing pleading was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

Nathan Thomas Able
Jessica Lynn Able
4008 Melvyn Dr.
New Albany, IN 47150                              /s/ *Joseph M. Black, Jr.*
                                                  Joseph M. Black, Jr., Trustee

***The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.***