UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

SF13210 (rev 02/2017)

In re:

**Nathan Thomas Able**,                                        Case No. **23–91248–AKM–13**
SSN: xxx–xx–6928          EIN: NA
    4008 Melvyn Dr.
    New Albany, IN 47150
**Jessica Lynn Able**,
SSN: xxx–xx–7717          EIN: NA
    fka Jessica Lynn Reisert
    4008 Melvyn Dr.
    New Albany, IN 47150
        Debtors.

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN

An Amended Chapter 13 Plan was filed on April 23, 2024, by Debtor Nathan Thomas Able and Joint Debtor Jessica Lynn Able. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Amended Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by May 22, 2024, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtors and the chapter 13 trustee.

If no objections are filed, the Court may confirm the amended plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  April 24, 2024                          Eric R. Kleis
                                      Clerk, U.S. Bankruptcy Court