**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Nathan Thomas Able |
| Debtor 2 (Spouse, if filing) | Jessica Lynn Able fka Jessica Lynn Reisert |
| United States Bankruptcy Court for the: | Southern District of Indiana (State) |
| Case number | 23-91248-AKM-13 |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

Filing this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** PennyMac Loan Services, LLC

**Court claim no.** (if known): 11-1

**Last four digits** of any number you use to identify the debtor's account: 1676

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes.  Date of the last notice: _____

### Part 1: Itemize Postpetiton Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) $ | |
| 2. Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. Attorney Fees | | (3) $ | |
| 4. Filing fees and court costs | | (4) $ | |
| 5. Bankruptcy/Proof of claim fees | 01/18/2024 | (5) $ | 350.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. Property inspection fees | | (7) $ | |
| 8. Tax advances (non-escrow) | | (8) $ | |
| 9. Insurance advances (non-escrow) | | (9) $ | |
| 10. Property preservation expenses. Specify: | | (10) $ | |
| 11. Other. Specify: 410A Form | 01/18/2024 | (11) $ | 250.00 |
| 12. Other. Specify: Plan Review | 01/18/2024 | (12) $ | 100.00 |
| 13. Other. Specify: | | (13) $ | |
| 14. Other. Specify: | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Nathan Thomas Able | | Case Number *(if known)* | 23-91248-AKM-13 |
|---|---|---|---|---|
| | First Name | Middle Name  Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐   I am the creditor.
☑   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗   /s/ Phillip A. Norman                                    Date  04/12/2024
    Signature

| Print: | Phillip A. Norman | Title | Attorney for Creditor |
|---|---|---|---|
| | First name   Middle Name   Last name | | |
| Company | PHILLIP A. NORMAN, P.C. | | |
| Address | 2110 Calumet Avenue | | |
| | Number   Street | | |
| | Valparaiso, IN 46383 | | |
| | City   State   Zip Code | | |
| Contact phone | 219-462-5104       Email:   ecf-in@normanattorney.com | | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

**IN RE:**

| | |
|---|---|
| Nathan Thomas Able and Jessica Lynn Able fka Jessica Lynn Reisert | Case No.: 23-91248-AKM-13<br>Chapter: 13 |

Debtors

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been served upon the following electronically or by first class, United States mail, postage prepaid or electronic mail, on April 12, 2024, the same as the date of filing in the United States Bankruptcy Court.

**DISTRIBUTION LIST**

Attorney Dax Jameson Miller
201 NW 4th Street, Suite 111
Evansville, IN 47708

Joseph M. Black, Jr., Trustee
PO Box 846
Seymour, IN 47274

U.S. Trustee
46 E Ohio Street, Room 520
Indianapolis, IN 46204

The undersigned further certifies that on the same date, a copy of the same document(s) was mailed to the following non-ECF participants:

Nathan Thomas Able and Jessica Lynn Able fka Jessica Lynn Reisert
4008 Melvyn Dr.
New Albany, IN 47150

**Phillip A. Norman, P.C.**

/s/ Phillip A. Norman
Phillip A. Norman, #13734-64
2110 Calumet Avenue
Valparaiso, IN 46383
Telephone: 219-462-5104
Facsimile: 219-462-9344
E-mail: ecf-in@normanattorney.com